UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BENJAMIN CUNNINGHAM

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 NOV -4 P 4:07

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

PORT AUTHORITY AGENCY OF
POLICE SERGEANT LAWANDA D. IRVING
POLICE DETECTIVE ADELL L. JILES (JR)
JANE DOES & JOHN DOES
NEW JERSEY STATE & NEW YORK STATE
NEW YORK CITY & ETAL
NEW YORK CITY'S NYPD AGENCY
NEW YORK CITY'S ASSISTANT DISTRICT ATTORNEY ESTHER PAK
SILVERSTEIN PROPERTIES & ETAL
ALLIED UNIVERSAL SECURITY GUARD COMPANY & ETAL
SECURITY GUARD STAFF PERSONS DEVON ADAMS & DON VINCI

NEW JERSEY STATE &
NEW YORK STATE

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   BENJAMIN CUNNINGHAM
Street Address   2429 SOUTHERN BLVD
County, City   BRONX
State & Zip Code   NEW YORK 10458
Telephone Number   (347) 879-1717
COOLPATUS@YAHOO.COM

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: SERGEANT LAWANDA D. IRVING (#316)
Street Address: 5 MARINE VIEW PLAZA
County, City: HOBOKEN
State & Zip Code: NEW JERSEY 07030

Defendant No. 2
Name: DETECTIVE ADELL L. JILES (JR)
Street Address: 5 MARINE VIEW PLAZA
County, City: HOBOKEN
State & Zip Code: NEW JERSEY 07030

Defendant No. 3
Name: SILVERSTEIN PROPERTIES
Street Address: (7) WORLD TRADE CENTER (38TH FLOOR)
County, City: MANHATTAN
State & Zip Code: NEW YORK 10007

Defendant No. 4  CORPORATION COUNSEL
Name: MICHAEL A. CARDO
Street Address: 100 CHURCH STREET
County, City: MANHATTAN
State & Zip Code: NEW YORK 10007
N.Y.C. LAW DEPARTMENT

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? (check all that apply)
[✓] Federal Questions      [✓] Diversity of Citizenship
[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? CIVIL TORT / CLAIM
42 U.S.C. SECTION 1983
DUE PROCESS VIOLATION

-2-

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _____

_____

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

| What happened to you? |

C.  Facts: _____

_____

_____

_____

_____

| Who did what? |

_____

_____

_____

| Was anyone else involved? |

_____

_____

_____

_____

| Who else saw what happened? |

_____

_____

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4th__ day of __NOVEMBER__, 20__19__

Signature of Plaintiff ____BC____

Mailing Address __2429 SOUTHERN BLVD__
__BX  NY  10458__

Telephone Number __(347) 879-1717__

Fax Number (if you have one) _____

E-mail Address __COOLPATUS@YAHOO.COM__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: ____BC____

RE- -ARRESTED   AUG-28-2019
D.A.T.   FILE #001-00197
ARREST  FILE #M19638710
DOCKET  FILE #CR-027906-19NY
<u>CASE  DISMISSED  OCT-23-2019</u>
UNITED  STATES  DISTRICT  COURTHOUSE
4010  MARTIN  LUTHER  KING , JR  BLVD
50  WALNUT  STREET   ( 973 )  645-3730
NEWARK ,   NEW  JERSEY  07102
<u>CIVIL  RIGHTS  CASE  COMMENCEMENT</u>

BENJAMIN  CUNNINGHAM
( PRO-SE )  PLAINTIFF

## AGAINST

SILVERSTEIN  PROPERTIES  &  ETAL
ALLIED  UNIVERSAL  SECURITY  GUARD  COMPANY  &  ETAL
SECURITY  GUARD  STAFF  PERSON  DEVON  ADAMS
SECURITY  GUARD  STAFF  PERSON  DON    VINCI
PORT  AUTHORITY  AGENCY  OF  NEW  YORK  &  NEW  JERSEY
PORT  AUTHORITY  AGENCY  ASSIGNED  ARRESTING
( POLICE  OFFICER  CHRIS  REHPANI )
PORT  AUTHORITY  AGENCY  PUBLIC  INTERGRITY
DIVISION  POLICE  SERGEANT  LAWANDA  D. IRVING
PORT  AUTHORITY  AGENCY  PUBLIC  INTERGRITY
DIVISION  POLICE  DETECTIVE  ADELL  L. JILES  ( JR )
JOHN  DOES /  JANE  DOES  &  ETAL
NEW  YORK  STATE   &   NEW  JERSEY  STATE
NEW  YORK  CITY  &  ETAL
NEW  YORK  CITY 'S  NYPD  AGENCY
~~NEW  YORK  CITY 'S  911  EMERGENCY  OPERATOR  AGENCY~~
NEW  YORK  CITY 'S  ASSISTANT  DISTRICT  ATTORNEY  ESTHER  PAK
JOHN  DOES /  JANE  DOES  &  ETAL
DEFENDANT ( S )

# CIVIL RIGHTS CASE PARTIES :

( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM
( 347 ) 879-1717    ( COOLPATUS@YAHOO.COM )
24-29 SOUTHERN BLVD #ONE
BRONX, NEW YORK 10458

DEFENDANT LITIGANTS SILVERSTEIN PROPERTIES, ETAL
DEFENDANT LITIGANTS JOHN DOES & JANE DOES
( 7 ) WORLD TRADE CENTER BUILDING
250 GREENWHICH STREET ( 38TH FLOOR )
MANHATTAN, NEW YORK 10007

DEFENDANT LITIGANTS ALLIED UNIVERSAL SECURITY
GUARD COMPANY & ETAL
HUMAN RESOURCE MANAGER LISA ZEPPILETTI
123 WILLIAMS STREET ( 6TH FLOOR )
MANHATTAN, NEW YORK 10038

DEFENDANT ALLIED UNVERSAL SECURITY GUARD CORPORATE
LEGAL DEPARTMENT OFFICE ( 800 ) 514-8273
161 WASHINGTON STREET ( #600 )
CONSHOHOCKEN, PA 19428

DEFENDANT PORT AUTHORITY OF NEW YORK & NEW JERSEY
( #4 ) WORLD TRADE CENTER BUILDING
TORTS/CLAIMS DEPARTMENT ( 24TH FLOOR )
150 GREENWHICH STREET
MANHATTAN, NEW YORK 10007

MICHAEL A. CARDO ( 212 ) 356-1000 OR ( 212 ) 356-1148 ( FAX )
DEFENDANT NEW YORK CITY CORPORATION COUNSEL
100 CHURCH STREET ( 10TH FLOOR )
MANHATTAN, NEW YORK 10007

## CIVIL RIGHTS CASE COMMENCEMENT :

RE--ARRESTED   AUG-28-2019
D.A.T.   FILE #001-00197
ARREST FILE #M19638710
DOCKET FILE #CR-027906-19NY
CASE DISMISSED OCT-23-2019


ALLIED UNIVERSAL SECURITY GUARD COMPANY

SECURITY GUARD STAFF DEVON ADAMS

SECURITY GUARD STAFF DON VINCI

SECURITY GUARD STAFF JOHN DOES

SECURITY GUARD STAFF JANE DOES

JOHN DOES

JANE DOES

ETAL

REJECTED NOTICE OF CLAIM PROCESS SERVICE

3

## CIVIL RIGHTS CASE COMMENCEMENT:

RE--ARRESTED    AUG-28-2019
D.A.T.    FILE #001-00197
ARREST  FILE #M19638710
DOCKET  FILE #CR-027906-19NY
## CASE DISMISSED OCT-23-2019

# SILVERSTEIN PROPERTIES

# JOHN DOES

# JANE DOES

# ETAL

# REJECTED NOTICE OF CLAIM PROCESS SERVICE



4

## CIVIL RIGHTS CASE COMMENCEMENT:

RE--ARRESTED   AUG-28-2019
D.A.T.   FILE #001-00197
ARREST  FILE #M19638710
DOCKET FILE #CR-027906-19NY
## CASE DISMISSED OCT-23-2019

PORT AUTHORITY AGENCY OF NEW YORK

PORT AUTHORITY AGENCY OF NEW JERSEY

PORT AUTHORITY AGENCY ARRESTING
( POLICE OFFICER CHRIS REHPANI )

PORT AUTHORITY AGENCY PUBLIC INTERGRITY DIVISION POLICE SERGEANT LAWANDA D. IRVING

PORT AUTHORITY AGENCY PUBLIC INTERGRITY DIVISION POLICE DETECTIVE ADELL L. JILES ( JR )

JOHN DOES

JANE DOES

5

ETAL

REFUSED TO PROVIDE THEIR CLAIM FILE NUMBER

# CIVIL RIGHTS CASE COMMENCEMENT :

RE- -ARRESTED     AUG-28-2019
D.A.T.   FILE #001-00197
ARREST  FILE #M19638710
DOCKET  FILE #CR-027906-19NY
CASE  DISMISSED  OCT-23-2019


NEW YORK CITY & ETAL

NEW YORK CITY 'S NYPD AGENCY

NEW YORK CITY 'S 911 EMERGENCY OPERATOR AGENCY

NEW YORK CITY 'S ASSISTANT DISTRICT ATTORNEY ESTHER PAK

NEW YORK CITY 'S DEPARTMENT OF CORRECTIONS

JOHN DOES

JANE DOES

ETAL

NYC CONTROLLER AGENCY CLAIM FILE #2019/PI-025915

6

POLICE SERGEANT LAWANDA D. IRVING
POLICE DETECTIVE ADELL L. JILES ( JR )
PORT AUTHORITY POLICE AGENCY'S
POLICE INTERGRITY DIVISION
5 MARINE VIEW PLAZA ( SUITE #316 )
<u>HOBOKEN, NEW JERSEY 07030</u>

AUGUST-28-2019 IT WAS THE ABOVE CIVIL RIGHTS CASE DEFENDANT LITIGANTS PORT AUTHORITY AGENCY PUBLIC INTERGRITY DIVISION STAFF PERSONS WHO WILLFULLY LURED CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM TO THEIR HOBOKEN NEW JERSEY OFFICE LOCATION TO TAKE PHOTOS OF HIS DAMAGED PROPERTY.

AFTERWARDS THE ABOVE TWO STAFF PERSONS WILLFULLY DIRECTED BENJAMIN CUNNINGHAM TO GO TRAVEL TO #4 WORLD TRADE CENTER'S LEGAL DEPARTMENT ( 24TH FLOOR ) AND FILE ALL THE MANHATTAN COUNTY DISTRICT ATTORNEY OFFICE'S LEGAL DOCUMENTS.

SUBSEQUENTLY, BENJAMIN CUNNINGHAN APPEARED AT THE LOBBY AREA INSIDE #4 WORLD TRADE CENTER BUILDING AND THEN PORT AUTHORITY AGENCY POLICE OFFICERS WERE DIRECTED TO CONDUCT THEIR RE-ARREST STATUS AGAINST BENJAMIN CUNNINGHAM.


7

**POLICE SERGEANT LAWANDA D. IRVING**
**POLICE DETECTIVE ADELL L. JILES ( JR )**
**PORT AUTHORITY POLICE AGENCY'S**
**POLICE INTERGRITY DIVISION**
**5 MARINE VIEW PLAZA ( SUITE #316 )**
**HOBOKEN, NEW JERSEY 07030**

**AFTERWARDS IT WAS THE ABOVE STAFF PERSONS WHO DIRECTED THE MANHATTAN COUNTY DISTRICT ATTORNEY OFFICE'S ADA ESTHER PAK TO QUICKLY DESTROY POLICE DEPARTMENT D.A.T. DOCUMENTS ( D.A.T./FILE #001-00197 ) SO THAT CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM CAN REMAIN INSIDE THE NEW YORK CITY'S DEPARTMENT OF CORRECTION'S CUSTODY FOR 24 HOURS.**

**INFACT, THE ABOVE CIVIL RIGHTS CASE DEFENDANT LITIGANTS ARRESTED BENJAMIN CUNNINGHAM APPROX 2PM IN THE AFTERNOON ( AUGUST-28-2019 ).**

**MANHATTAN COUNTY CRIMINAL COURTHOUSE'S ASSIGNED JUDGE RELEASED CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF LITIGANT BENJAMIN CUNNINGHAM FROM NYC DEPARTMENT OF CORRECTIONS FACILITY APPROX 4:30PM ( AUGUST-29-2019 ).**

8

## CONCLUDED COMMENCEMENT CIVIL CASE :

POLICE DETECTIVE LUIS MORALES
PORT AUTHORITY POLICE AGENCY 'S
POLICE INTERGRITY DIVISION
5 MARINE VIEW PLAZA ( SUITE #316 )
HOBOKEN , NEW JERSEY 07030

THE ABOVE PORT AUTHORITY AGENCY 'S PUBLIC INTERGRITY DIVISION STAFF PERSON DETECTIVE LUIS MORALES IS NEWLY APPOINTED TO TAKE OVER THEIR PUBLIC INTERGRITY DIVISION INVESTIGATION WHICH CONCERNS :

CUNNINGHAM 'S CLAIM FILE #2019/12348 APRIL-05-2019

CUNNINGHAM 'S CLAIM FILE #2019/12347 MAY-09--2019

POLICE SERGEANT LAWANDA D. IRVING
POLICE DETECTIVE ADELL L. JILES ( JR )
PORT AUTHORITY POLICE AGENCY 'S
POLICE INTERGRITY DIVISION
5 MARINE VIEW PLAZA ( SUITE #316 )
HOBOKEN , NEW JERSEY 07030

Respectfully, BC

ALL CIVIL RIGHTS CASE DEFENDANTS REFUSED TO MAKE SETTLEMENT OFFERS TO CIVIL RIGHTS CASE ( PRO-SE ) PLAINTIFF BENJAMIN CUNNINGHAM

