**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BENJAMIN CUNNINGHAM,

                Plaintiff,

-against-                               22 **CIVIL** 6236 (JMF)

                                   **JUDGMENT**

PORT AUTHORITY AGENCY OF NEW
JERSEY STATE AND NEW YORK STATE,
et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2022, the case is hereby DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      September 29, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                           **BY:**     *K. Mango*

                                                          **Deputy Clerk**