UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                            :

BENJAMIN CUNNINGHAM,                   :

                           :

                 Plaintiff,         :           22-CV-6236 (JMF)

                           :

         -v-                    :              ORDER

                           :

PORT AUTHORITY AGENCY OF NEW JERSEY   :
STATE AND NEW YORK STATE, et al.,        :

                           :

             Defendants.      :

                           :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      *Pro se* Plaintiff has made a slew of submissions to the Court.  *See* ECF Nos. 120-127.  To the extent that the submissions are comprehensible and seek any relief, the requests are denied as moot in light of the earlier dismissal of this case, *see* ECF Nos. 116-117, and/or frivolous.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated:   May 12, 2023
         New York, New York

                                    JESSE M. FURMAN
                            United States District Judge